1 | SEYFARTH SHAW
RAYMOND R. KEPNER (SBN: 90093)
2 | ERIC M. STEINERT (SBN: 168384)
2029 Century Park East, Suite 3300
3 | Los Angeles, CA 90067-3063
(310) 277-7200
4
5 | Attorneys for Defendant
ECOLAB INC.
6 | LAW OFFICES OF STEPHEN A. CAMPBELL
STEPHEN A. CAMPBELL (SBN 198273)
7 | 343 Harvard Avenue
Claremont, CA 91711
8
9 | Attorney for Plaintiff
CHRISTOPHER LEE

JS-6

**FILED**
APR - 5 2001
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY _____ DEPUTY

P-SEND

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEE, an individual, | Case No. SA CV 00-886 DOC (EEx) |
| Plaintiff, | **STIPULATION RE DISMISSAL AND ORDER THEREON** |
| vs. | |
| ECOLAB, INC., a corporation, state of incorporation unknown, CAROLYN REVENTOS, an individual, and DOES 1 through 50, | BEFORE THE HONORABLE DAVID O. CARTER
COURTROOM 9-D |
| Defendants. | |

✓ Docketed
✓ Copies / NTC Sent
✓ JS-5 / JS-6
__ JS-2 / JS-3
__ CLSD

ENTER ON ICMS
APR - 5 2001

LA1 6303123 v 1

1     **WHEREAS** the parties have entered into a written settlement agreement with
2 respect to this lawsuit,

4     **IT IS HEREBY STIPULATED** by and among the parties hereto, through their
5 respective counsel of record, as follows.

7     1.    This lawsuit is dismissed with prejudice.

March 29, 2001                      SEYFARTH SHAW

By: *[signature]*
      ERIC M. STEINERT
ATTORNEYS FOR DEFENDANT
ECOLAB INC.

March ___, 2001                 LAW OFFICES OF STEPHEN A. CAMPBELL

By:_____
    STEPHEN A. CAMPBELL
Attorneys for Plaintiff
CHRISTOPHER LEE

2

LA1 6303123 v 1

1     **WHEREAS** the parties have entered into a written settlement agreement with
2 respect to this lawsuit;

4     **IT IS HEREBY STIPULATED** by and among the parties hereto, through their
5 respective counsel of record, as follows:

7     1.    This lawsuit is dismissed with prejudice.

March 29, 2001                         SEYFARTH SHAW

                                        By: _____
                                             ERIC M. STEINERT
                                      ATTORNEYS FOR DEFENDANT
                                      ECOLAB INC.

April 2, 2001                           LAW OFFICES OF STEPHEN A.
                                      CAMPBELL

                                        By: _____
                                           STEPHEN A. CAMPBELL
                                      Attorneys for Plaintiff
                                      CHRISTOPHER LEE

LA1 6303123 v 1

## CONFIRMING ORDER OF THE COURT

**GOOD CAUSE HAVING BEEN DEMONSTRATED** to the satisfaction of the Court, the foregoing is hereby confirmed as an ORDER of the Court.

Dated: April 4, 2001

*/s/ David O. Carter*
The Honorable David O. Carter
U.S. District Court Judge

LA1 6303123 v 1

PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw, 2029 Century Park East, Suite 3300, Los Angeles, CA 90067-3063. On April 2, 2001, I served the within document:

**Stipulation re Dismissal and Order Thereon**

☐ I sent such document from facsimile machine (310) 201-5219 on September 29, 2000. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt I, thereafter, mailed a copy to the interested party(is) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below

Stephen A. Campbell, Esq.
Law Offices of Stephen A. Campbell
343 Harvard Avenue
Claremont, CA 91711

      I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit

      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

      Executed on April 2, 2001, at Los Angeles, California

_Teresita Exmundo_ (signature)
Teresita Exmundo